UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| SONIA M. MUSSAW, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-00570 |
| NASHVILLE SYMPHONY ASSOCIATION, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Nashville Symphony Association's Motion for Summary Judgment (Doc. No. 25) is **GRANTED IN PART** and **DENIED IN PART**. The Court hereby dismisses Plaintiff's claims under the Tennessee Human Rights Act and Americans with Disability Act, as well as her discrimination claims under Title VII of the Civil Rights Act of 1964 ("Title VII") and Section 1981 of the Civil Rights Act of 1866 ("§ 1981"). Plaintiff's retaliation claims under Title VII and § 1981 will proceed to trial.

The parties shall proceed to mediation because the summary judgment record suggests that either party could be successful at trial. On or before **December 30, 2024**, the parties shall select a mediator and an agreed date for mediation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE